UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:17 CR 189 RWS |
| U.S. TECHNOLOGY CORPORATION, et al. | ) ) ) ) |
| Defendants, | ) ) |
| U.S. TECHNOLOGY MEDIA, INC., | ) ) |
| Garnishee. | ) |

## ORDER

**IT IS HEREBY ORDERED** that the U.S. Attorney's motion to continue [269] is granted and the **hearing** on the objections to the writ of garnishment filed by defendants US Technology Corp. and Raymond Williams [266] is **reset** from Monday, July 6, 2020, at 10:00 a.m. **to Monday, July 20, 2020, at 11:00 a.m.** by video via Zoom. Hearing participants received a separate email with a link to join the hearing by Zoom. Members of the general public who wish to listen in to the hearing are directed to call the following number to participate by phone:  1-669-254-5252, Meeting ID:  161 524 5085.  Pursuant to Local Rule 13.02, all means of photographing, recording, broadcasting, and televising are prohibited in any courtroom, and in areas adjacent to any courtroom, except when authorized by the presiding judge.  This includes

proceedings ordered by the Court to be conducted by phone or video.

**IT IS FURTHER ORDERED** that the United States of America shall serve a copy of this Order on the garnishee and all other parties and file a certificate of compliance with this Order within three days.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 30th day of June, 2020.